IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, <br><br> Defendant. | Case No. 1:07-mc-00220 (JB) |

### JOINT MOTION OF NON-PARTY CONGRESSMAN DARRELL E. ISSA AND PLAINTIFFS JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, AND JUDITH M. COPELAND TO CONSOLIDATE

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, non-party respondent the Honorable Darrell E. Issa, U.S. Representative for California's 49th congressional district, and plaintiffs Jewish War Veterans of the United States of America, Inc., Richard A. Smith, Mina Sagheb, and Judith M. Copeland (collectively, "Plaintiffs"), respectfully move for an order consolidating Case No. 1:07-mc-00221 (JB) and Case No. 1:07-mc-00222 (JB) with this matter.

A proposed order is attached and oral argument is not requested.

### MEMORANDUM OF POINTS AND AUTHORITIES

All three of these cases are subpoena enforcement matters filed by Plaintiffs. The Honorable Brian P. Bilbray, U.S. Representative for California's 50th congressional district, is the non-party respondent in Case No. 1:07-mc-00221 (JB), and the Honorable Duncan Hunter, U.S. Representative for California's 52nd congressional district, is the non-party respondent in Case No. 1:07-mc-00221 (JB). The underlying lawsuit is pending in the U.S. District for the Southern District of California.

The three document subpoenas issued by Plaintiffs to the three Members of Congress are identical in every material respect. The objections to the subpoenas lodged by the three Members

RECEIVED
MAY 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

are identical in every material respect. The three motions to compel filed by Plaintiffs – including the legal arguments advanced and the relief sought – are identical in every material respect. Accordingly, the three cases "involv[e] a common question of law or fact" within the meaning of Rule 42(a), making consolidation appropriate.

Undersigned counsel for Congressman Issa also represents Congressmen Bilbray and Hunter and is authorized to state that those Members concur in the relief sought. Undersigned counsel for Congressman Issa conferred this day with counsel for defendant Robert M. Gates and is also authorized to state that defendant concurs in the relief sought.

Respectfully submitted,

GERALDINE R. GENNET, General Counsel
KERRY W. KIRCHER, Deputy General Counsel
CHRISTINE DAVENPORT, Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
202/225-9700

Counsel for Non-Party Darrell E. Issa

JONATHAN H. SIEGELBAUM

Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania N.W.
Washington, D.C. 20006
202/663-6000

Counsel for Plaintiffs Jewish War Veterans of the United States of America, Inc., Richard A. Smith, Mina Sagheb and Judith M. Copeland

May 25, 2007

2

## CERTIFICATE OF SERVICE

I certify that on May 25, 2007, I served one copy of the foregoing Joint Motion of Non-Party Congressman Darrell E. Issa and Plaintiffs Jewish War Veterans of the United States of America, Inc., Richard A. Smith, Mina Sagheb, and Judith M. Copeland to Consolidate by .pdf e-mail and by first-class mail, postage-prepaid, on the following:

>Jonathan H Siegelbaum, Esq.
>Wilmer Cutler Pickering Hale and Dorr
>1875 Pennsylvania N.W.
>Washington, D.C. 20006
>Email: jonathan.siegelbaum@wilmerhale.com
>
>Heide Herrmann, Trial Attorney
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street NW
>Room 8130
>Washington, D.C. 20004
>Fax: (202)514-4206
>Email: Heide.Herrmann@usdoj.gov

_____
Alexis Brown-Reilly

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>ROBERT M. GATES, <br><br>　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:07-mc-00220 (JB) |

UPON CONSIDERATION OF the Joint Motion of Non-Party Congressman Darrell E. Issa and Plaintiffs Jewish War Veterans of the United States of America, Inc., Richard A. Smith, Mina Sagheb, and Judith M. Copeland to Consolidate, and the entire record herein, it is by the Court this ___ day of May 2007, ORDERED

　That the Motion is granted.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John D. Bates
　　　　　　　　　　　　　　　　　　　U.S. District Judge

copies to:

Kerry W. Kircher, Deputy General Counsel
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C.　20515

Jonathan H Siegelbaum, Esq.
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania N.W.
Washington, D.C.　20006

Heide Herrmann, Trial Attorney
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street, N.W.
Room 8130
Washington, D.C.　20004