UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC.,** et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>**ROBERT M. GATES,**<br>**Secretary of Defense, in his official capacity.**<br><br>**Defendant.** | Misc. No. 07-220, 07-221, 07-222 (JDB) |

**ORDER**

Upon consideration of [3] the joint motion of respondent Congressman Darrell E. Issa and plaintiffs to consolidate Misc. No. 07-220 with Misc. No. 07-221 and 07-222, the concurrence of respondents Congressmen Brian Bilbray and Duncan Hunter, and the Court having found that the "actions involve[] a common question of fact or law" under Fed. R. Civ. P. 42(a), it is hereby

**ORDERED** that the joint motion is **GRANTED**; it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 42(a), the above-referenced cases shall be consolidated, and the Clerk of the Court shall maintain the Master Docket and electronic case file in Jewish War Veterans of the United States of America, Inc. v. Gates, Misc. No. 07-220; and it is further

**ORDERED** that all papers related to these actions shall be filed in the Master Docket unless otherwise directed by the Court.

/s/
JOHN D. BATES
United States District Judge

Date:  May 31, 2007