IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEWISH WAR VETERANS OF THE )
UNITED STATES OF AMERICA, INC., )
RICHARD A. SMITH, MINA SAGHEB, )
and JUDITH M. COPELAND, )
)
                Plaintiffs, )
) Case No. 1:07-mc-00220 (JB)
v. )
)
ROBERT M. GATES, )
)
                Defendant. )

FILED
JUN 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

UPON CONSIDERATION OF the Unopposed Motion of Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter for Enlargement of Time to Respond to Plaintiffs' Motions to Compel Production of Documents ("Motion"), and the entire record herein, it is by the Court this 5th day of June 2007, ORDERED

That the Motion is granted. Non-parties Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter shall file, on or before June 13, 2007, their consolidated opposition to Plaintiffs' Motions to Compel Production of Documents

                                                    John D. Bates
                                                    U.S. District Judge

copies to:

Kerry W. Kircher, Deputy General Counsel
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515

Jonathan H Siegelbaum, Esq.
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania N.W.
Washington, D.C. 20006

David Negri, Trial Attorney
U.S. Department of Justice, ENRD
Natural Resources Section

c/o Office of the U.S Attorney for the District of Idaho
Washington Group Plaza IV
800 Park Boulevard
Suite 600
Boise, ID 83712-9903

Heide Herrmann, Trial Attorney
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street, N.W.
Room 8130
Washington, D.C.   20004