**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE ) <br> UNITED STATES OF AMERICA, INC., ) <br> RICHARD A. SMITH, MINA SAGHEB, ) <br> and JUDITH M. COPELAND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. GATES, ) <br> ) <br> Defendant. ) | Case No. 1:07-mc-00220 (JB) <br> Case No. 1:07-mc-00221 (JB) <br> Case No. 1:07-mc-00222 (JB) |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of Jennifer L. Allaire as counsel for Defendant in this case.

Service of all papers on Ms. Allaire by regular United States mail should be made to the following

mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    Additionally, all hand or overnight-mail deliveries to Ms. Allaire should be made to the

following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3146
    Washington, D.C.  20004

    Respectfully submitted this 6th day of June, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*/s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE, NJ Bar ##4419-2002
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

DAVID NEGRI
United States Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorney's Office, District of Idaho
Washington Group Plaza IV
800 Park Boulevard, Suite 600
Boise, ID 83712-9903
Tel: 208-334-1936
Fax: 208-334-1414

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on June 6, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

> Jonathan H Siegelbaum, Esq.
> Wilmer Cutler Pickering Hale and Dorr
> 1875 Pennsylvania N.W.
> Washington, D.C.   20006
> Email: jonathan.siegelbaum@wilmerhale.com
>
> Kerry W. Kircher, Deputy General Counsel
> Office of General Counsel
> U.S. House of Representatives
> 219 Cannon House Office Building
> Washington, D.C.   20515
> Email:  kerry.kircher@mail.house.gov

 */s/ Jennifer L. Allaire*
 JENNIFER L. ALLAIRE