# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 1:07-mc-00220 (JB) ) Case No. 1:07-mc-00221 (JB) ) Case No. 1:07-mc-00222 (JB) ) ) ) ) |

## UNOPPOSED MOTION OF DEFENDANT ROBERT M. GATES FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Fed.R.Civ.P. 6(b) and Local Rule 7, Defendant Robert M. Gates, Secretary, Department of Defense, respectfully moves for an enlargement of time of seven calendar days to and including June 13, 2007, to file his opposition to Plaintiffs' Motions to Compel Production of Documents (filed May 23, 2007).

Undersigned counsel has conferred with counsel for Plaintiffs Jewish War Veterans of the United States of America, Inc., Richard A. Smith, Mina Sagheb, and Judith A. Copeland (collectively, "Plaintiffs"), and he has advised that he does not oppose the relief sought.[1] Counsel for Defendant has also has conferred with counsel for non-party Congressmen Issa, Bilbray, and Hunter, who previously filed a motion similar to this one, and he also has advised that he does not oppose the relief sought.

A proposed order is attached and oral argument is not requested.

---

[1] Counsel for Plaintiffs states the following: "Plaintiffs certainly are willing to accommodate counsel's request as a matter of professional courtesy. However, Plaintiffs' motions relate to documents sought in connection with another lawsuit that is being litigated under tight time constraints, with a court-ordered deadline to complete all discovery by June 22, 2007, and summary judgment briefing scheduled to follow shortly thereafter. Plaintiffs will attempt to reach agreement with the Defendants (and, if necessary, will file a motion) as soon as possible in the underlying litigation to have the discovery sought by this motion exempted from the June 22 deadline. Nonetheless, given these constraints, it is Plaintiffs' hope that the one-week delay will not impede this Court from addressing Plaintiffs' motion as promptly as possible."

## MEMORANDUM OF POINTS AND AUTHORITIES

These three cases, which have now been consolidated by the Court, seek to compel Congressmen Issa, Bilbray and Hunter to comply with duces tecum subpoenas issued to them by Plaintiffs. The underlying lawsuit, *Jewish War Veterans of the United States, et al. v. Gates*, No. 06-cv-1728, is pending in the U.S. District Court for the S.D. of California, and is consolidated there with *Trunk v. City of San Diego, et al.*, No. 06-cv-1597. Those two consolidated cases challenge, on Establishment Clause grounds, the Mt. Soledad Veterans Memorial Preservation Act, Pub. L. No. 109-272, 120 Stat. 770 (2006) (the "Memorial Preservation Act").

The three motions to compel were filed with this Court on May 23, 2007, and the Defendants opposition is currently due June 6, 2007. The memorandum in support of the motions to compel raises numerous constitutional issues under both the Establishment Clause of the First Amendment and the Speech or Debate Clause of the Constitution, art. I, § 6, cl. 1, issues that are significant and should be briefed as thoroughly as possible. Counsel for the non-party Members on June 1, 2007, requested an extension of time identical to that sought by this Motion. Because of other time commitments related to other cases, we respectfully request the seven-day enlargement of time.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

 */s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE, NJ Bar ##4419-2002
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

DAVID NEGRI
United States Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorney's Office, District of Idaho
Washington Group Plaza IV
800 Park Boulevard, Suite 600
Boise, ID 83712-9903

Tel: 208-334-1936
Fax: 208-334-1414

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Unopposed Motion of Defendant Robert M. Gates for Enlargement of Time to Respond to Plaintiffs' Motions to Compel Production of Documents was served on June 6, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

> Jonathan H Siegelbaum, Esq.
> Wilmer Cutler Pickering Hale and Dorr
> 1875 Pennsylvania N.W.
> Washington, D.C.   20006
> Email: jonathan.siegelbaum@wilmerhale.com
>
> Kerry W. Kircher, Deputy General Counsel
> Office of General Counsel
> U.S. House of Representatives
> 219 Cannon House Office Building
> Washington, D.C.   20515
> Email:  kerry.kircher@mail.house.gov

> _/s/ Jennifer L. Allaire_
> JENNIFER L. ALLAIRE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ———————————————— ) | |
| JEWISH WAR VETERANS OF THE ) | |
| UNITED STATES OF AMERICA, INC., ) | |
| RICHARD A. SMITH, MINA SAGHEB, ) | |
| and JUDITH M. COPELAND, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:07-mc-00220 (JB) |
| v. ) | Case No. 1:07-mc-00221 (JB) |
| ) | Case No. 1:07-mc-00222 (JB) |
| ROBERT M. GATES, ) | |
| ) | |
| Defendant. ) | |
| ———————————————— ) | |

## [PROPOSED] ORDER

This matter is before the Court on the Unopposed Motion of Defendant Robert M. Gates for

Enlargement of Time to Respond to Plaintiffs' Motions to Compel Production of Documents and

for good cause shown, it is hereby ordered that

1. The unopposed motion should be and hereby is GRANTED;

2. Defendant Robert M. Gates' shall file his consolidated opposition to Plaintiffs' Motions

to Compel Production of Documents on or before June 13, 2007.


_____
HON. JOHN D. BATES
U.S. District Judge

copies to:

Kerry W. Kircher, Deputy General Counsel
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C.   20515

Jonathan H Siegelbaum, Esq.
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania N.W.
Washington, D.C.   20006

Jennifer Allaire, Trial Attorney
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street, N.W.
Room 8130
Washington, D.C.   20004