**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of Defense, in His Official Capacity, <br><br> Defendant. | Case No. 1:07-mc-00220 (JB) <br> Case No. 1:07-mc-00221 (JB) <br> Case No. 1:07-mc-00222 (JB) |

**AMENDED AND CORRECTED CERTIFICATE OF SERVICE**

This Amended and Corrected Certificate of Service supersedes the Certificate of Service attached to the Consolidated Opposition of Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter to Plaintiffs' Motions to Compel Production of Documents (filed June 13, 2007).

I certify that on June 13, 2007, I served the Consolidated Opposition of Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter to Plaintiffs' Motions to Compel Production of Documents through the Court's ECF electronic case filing system on:

> Jennifer L. Allaire, Trial Attorney
> U.S. Department of Justice, ENRD
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663

I further certify that on June 14, 2007, I served one copy of the Consolidated Opposition of Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter to Plaintiffs' Motions to Compel Production of Documents through electronic mail (.pdf format) on:

> Jonathan H Siegelbaum, Esq.
> Wilmer Cutler Pickering Hale and Dorr
> 1875 Pennsylvania Avenue, N.W.
> Washington, D.C. 20006
> Email: jonathan.siegelbaum@wilmerhale.com
>
> Lane Dilg, Esq.
> ACLU Program on Freedom of Religion and Belief
> 915 15th Street North West
> Suite 600
> Washington, D.C. 20005
> Email: ldilg@aclu.org

A Stephen Hut, Jr., Esq.
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, N.W.
Washington, D.C.   20006
Email: stephen.hut@wilmerhale.com

James E McElroy, Esq.
Law Offices of James E McElroy
625 Broadway
Suite 1400
San Diego, CA   92101
Email: jim@jmcelroylaw.com

George F Schaefer, Deputy City Attorney
Office of the City Attorney
1200 Third Avenue
Suite 1100
San Diego, CA 92101-4100
Email: Gschaefer@sandiego.gov

David Negri, Trial Attorney
U.S. Department of Justice, ENRD
Natural Resources Section
c/o Office of the U.S Attorney for the District of Idaho
Washington Group Plaza IV
800 Park Boulevard, Suite 600
Boise, ID 83712-9903
Email: David.Negri@usdoj.gov

Heide Hermann, Trial Attorney
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street NW
P.O. Box 663
Washington, D.C.   20044-0663
Email: Heide.Hermann@usdoj.gov

Charles V. Berwanger, Esq.
Gordon and Rees
101 West Broadway
Suite 2000
San Diego, CA 92101
Email: cberwanger@gordonrees.com

John David Blair-Loy, Esq.
ACLU of San Diego and Imperial Counties
P.O. Box 87131
San Diego, CA   92138
Email: dblairloy@aclusandiego.org

Peter Dominick Lepiscopo, Esq.
Law Offices of Peter D Lepiscopo
2635 Camino del Rio South
Suite 109
San Diego, CA   92108
Email: plepiscopo@att.net

I further certify that on June 14, 2007, I served one copy of the Consolidated Opposition of Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter to Plaintiffs' Motions to Compel Production of Documents by courier, same-day delivery, on:

>Jonathan H Siegelbaum, Esq.
>Wilmer Cutler Pickering Hale and Dorr
>1875 Pennsylvania Avenue, N.W.
>Washington, D.C.   20006

Respectfully submitted,

GERALDINE R. GENNET, DC Bar No. 213439
General Counsel
s/Kerry W. Kircher
KERRY W. KIRCHER, DC Bar No. 386816
Deputy General Counsel
CHRISTINE DAVENPORT, Assistant Counsel
JOHN FILAMOR, DC Bar No. 476240
Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
202/225-9700 (telephone)
E-mail: kerry.kircher@mail.house.gov

Counsel for Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter

**CERTIFICATE OF SERVICE**

I certify that on June 14, 2007, I served the foregoing Amended and Corrected Certificate of Service through the Court's ECF electronic case filing system on:

> Jennifer L. Allaire, Trial Attorney
> U.S. Department of Justice, ENRD
> Natural Resources Section
> P.O. Box 663
> Washington, D.C.   20044-0663

I further certify that on June 14, 2007, I served one copy of the foregoing Amended and Corrected Certificate of Service through electronic mail (.pdf format) on:

> Jonathan H Siegelbaum, Esq.
> Wilmer Cutler Pickering Hale and Dorr
> 1875 Pennsylvania Avenue, N.W.
> Washington, D.C.   20006
> Email: jonathan.siegelbaum@wilmerhale.com
>
> Lane Dilg, Esq.
> ACLU Program on Freedom of Religion and Belief
> 915 15th Street North West
> Suite 600
> Washington, D.C.   20005
> Email: ldilg@aclu.org
>
> A Stephen Hut, Jr., Esq.
> Wilmer Cutler Pickering Hale and Dorr
> 1875 Pennsylvania Avenue, N.W.
> Washington, D.C.   20006
> Email: stephen.hut@wilmerhale.com
>
> James E McElroy, Esq.
> Law Offices of James E McElroy
> 625 Broadway
> Suite 1400
> San Diego, CA   92101
> Email: jim@jmcelroylaw.com
>
> George F Schaefer, Deputy City Attorney
> Office of the City Attorney
> 1200 Third Avenue
> Suite 1100
> San Diego, CA 92101-4100

Case 1:07-mc-00220-JDB   Document 10   Filed 06/14/2007   Page 5 of 6

Email: Gschaefer@sandiego.gov

David Negri, Trial Attorney
U.S. Department of Justice, ENRD
Natural Resources Section
c/o Office of the U.S Attorney for the District of Idaho
Washington Group Plaza IV
800 Park Boulevard, Suite 600
Boise, ID 83712-9903
Email: David.Negri@usdoj.gov

Heide Hermann, Trial Attorney
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street NW
P.O. Box 663
Washington, D.C.   20044-0663
Email: Heide,Hermann@usdoj.gov

Charles V. Berwanger, Esq.
Gordon and Rees
101 West Broadway
Suite 2000
San Diego, CA 92101
Email: cberwanger@gordonrees.com

John David Blair-Loy, Esq.
ACLU of San Diego and Imperial Counties
P.O. Box 87131
San Diego, CA   92138
Email: dblairloy@aclusandiego.org

Peter Dominick Lepiscopo, Esq.
Law Offices of Peter D Lepiscopo
2635 Camino del Rio South
Suite 109
San Diego, CA   92108
Email: plepiscopo@att.net

   I further certify that on June 14, 2007, I served one copy of the foregoing Amended and

Corrected Certificate of Service by first-class mail, postage prepaid, on:

Jonathan H Siegelbaum, Esq.
Wilmer Cutler Pickering Hale and Dorr

5

1875 Pennsylvania Avenue, N.W.
Washington, D.C.   20006

        s/Kerry W. Kircher
        Kerry W. Kircher
        E-mail: kerry.kircher@mail.house.gov