IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity,<br><br>　　　　　　　　　　　Defendant. | Case No. 1:07-mc-00220 (JDB)<br>Case No. 1:07-mc-00221 (JDB)<br>Case No. 1:07-mc-00222 (JDB) |

## STIPULATION

Plaintiffs Jewish War Veterans of the United States of America, Inc., Richard A. Smith, Mina Sagheb, and Judith M. Copeland ("*JWV* Plaintiffs"), and Non-Party Congressmen Darrell E. Issa, Brian P. Bilbray, and Duncan Hunter ("Members") hereby stipulate as follows:

On June 14, 2007, the Members served their Consolidated Opposition to *JWV* Plaintiffs' Motions to Compel Production of Documents ("Opposition") on *JWV* Plaintiffs. The Members served their Opposition both by electronic means, as permitted by Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure, and by hand delivery, as permitted by Rule 5(b)(2)(A) of the Federal Rules of Civil Procedure. Defendant Robert M. Gates also opposed the motion to enforce the subpoena, by opposition served only electronically on June 13, 2007. *JWV* Plaintiffs' reply to Secretary Gates' opposition would be due on June 25, 2007; if the operative service of the Members' Opposition were thought to be by hand, their reply to the Members' Opposition would be due on June 21, 2007. Since Plaintiffs intend to file one consolidated reply to the oppositions,

*JWV* Plaintiffs and the Members stipulate and agree that *JWV* Plaintiffs may reply to the Members' opposition on or before June 25, 2007.

Respectfully submitted,

/s/ Geraldine R. Gennet
Geraldine R. Gennet, General Counsel
Kerry W. Kircher, Deputy General Counsel
Christine Davenport, Assistant Counsel
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700

*Attorneys for the Members*

/s/ T. Jeremy Gunn
T. Jeremy Gunn
Daniel I. Mach
ACLU PROGRAM ON FREEDOM
  OF RELIGION AND BELIEF
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
915 15th St., N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 675-2330
Facsimile: (202) 546-0738

A. Stephen Hut, Jr.
Jonathan H. Siegelbaum
Ryan P. Phair
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for the JWV Plaintiffs*

June 15, 2007

_____
John D. Bates
U.S. District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing stipulation was served on June 15, 2007 by Electronic Case Filing and by regular first-class mail, first class postage prepaid, on the following counsel:

Kerry W. Kircher
Deputy General Counsel
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Email: kerry.kircher@mail.house.gov

Jennifer L. Allaire
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0063
Email: jennifer.allaire@usdoj.gov

_____
Jonathan H. Siegelbaum