IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity,<br><br>　　　　　　　　　　Defendant. | Case No. 1:07-mc-00220 (JDB)<br>Case No. 1:07-mc-00221 (JDB)<br>Case No. 1:07-mc-00222 (JDB) |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel of the firm WILMER CUTLER PICKERING HALE AND DORR LLP does hereby enter an appearance as counsel in this case for Plaintiffs Jewish War Veterans of the United States of America, Inc., Richard A. Smith, Mina Sagheb, and Judith M. Copeland.

Respectfully submitted,

_____
Jonathan H. Siegelbaum (D.C. Bar No. 474837)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Dated: June 20, 2007