WILMERHALE

June 28, 2007

**Jonathan Siegelbaum**

+1 202 663 6559 (t)
+1 202 663 6363 (f)
jonathan.siegelbaum@wilmerhale.com

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:    *Jewish War Veterans of the United States of America, Inc. v. Gates*, Case Nos.
       1:07mc-00220, -00221, -00222 (JB)

Dear Judge Bates:

Plaintiffs respectfully wish to bring to the Court's attention the fact that *In re Search of Rayburn House Office Building Room No. 2113*, 432 F. Supp. 2d 100, 115 (D.D.C. 2006), a case cited at page 21, fn. 11 and at page 24 of Plaintiffs' Reply Memorandum in Support of Motion to Compel Production of Documents Responsive to Subpoenas (filed June 25, 2007 in the above-captioned dockets), is currently on appeal to the United States Court of Appeals for the District of Columbia Circuit. *See United States v. Rayburn House Office Bldg., Room 2113, Washington, DC 20515*, No. 06-3105 (D.C. Cir.). We apologize that this fact was inadvertently omitted from our Reply Memorandum.

Please let me know if you have any questions.

Respectfully,

Jonathan Siegelbaum

cc: Kerry W. Kircher, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Baltimore    Beijing    Berlin    Boston    Brussels    London    New York    Oxford    Palo Alto    Waltham    Washington