**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>                  Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity,<br><br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-mc-00220 (JDB)<br>) Case No. 1:07-mc-00221 (JDB)<br>) Case No. 1:07-mc-00222 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**ERRATA**

Plaintiffs respectfully wish to bring to the Court's attention the fact that *In re Search of Rayburn House Office Building Room No. 2113*, 432 F. Supp. 2d 100, 115 (D.D.C. 2006), a case cited at page 21, fn. 11 and at page 24 of Plaintiffs' Reply Memorandum in Support of Motion to Compel Production of Documents Responsive to Subpoenas (filed June 25, 2007 in the above-captioned dockets), is currently on appeal to the United States Court of Appeals for the District of Columbia Circuit. *See United States v. Rayburn House Office Bldg., Room 2113, Washington, DC 20515*, No. 06-3105 (D.C. Cir.).

Respectfully submitted,

T. Jeremy Gunn (Bar No. 417222)
Daniel I. Mach (Bar No. 461652)
ACLU PROGRAM ON FREEDOM OF
    RELIGION AND BELIEF
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
915 15th St., N.W., Suite 600

Washington, D.C.  20005
Telephone:  (202) 675-2330
Facsimile:  (202) 546-0738

A. Stephen Hut, Jr. (Bar No. 192856)
Jonathan H. Siegelbaum (Bar No. 474837)
WILMER CUTLER PICKERING HALE &
    DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.   20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs*

June 29, 2007