**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE ) <br> UNITED STATES OF AMERICA, INC., ) <br> RICHARD A. SMITH, MINA SAGHEB, ) <br> and JUDITH M. COPELAND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. GATES, ) <br> Secretary of Defense, in His Official Capacity, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:07-mc-00220 (JB) <br> Case No. 1:07-mc-00221 (JB) <br> Case No. 1:07-mc-00222 (JB) |

**PRAECIPE**

Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter respectfully bring to the Court's attention the attached Scheduling Order entered recently by Judge Burns of the U.S. District Court for the S.D. California in *Trunk, et al. v. City of San Diego, et al.*, No. 06-cv-1597, and the consolidated case of *Jewish War Veterans of the United States of America, Inc., et al. v. Gates*, No. 06-cv-1728. We do so for the following reasons.

In our Opposition to Plaintiffs' Motions to Compel Production of Documents at 5 (filed June 13, 2007), we pointed out that:

- Judge Burns had directed the Trunk Plaintiffs to show cause why their Establishment Clause challenge to the "taking" of land effectuated by the Memorial Preservation Act should not be dismissed on justiciability grounds;

- the JWV Plaintiffs had also effectively challenged the Memorial Preservation Act;

- the concerns expressed by Judge Burns in his Show Cause Order about

> justiciability – standing and the political question doctrine – applied with equal force to the JWV Plaintiffs' challenge to the statute; and

- accordingly, the resolution of the issues raised in the Show Cause order about the Trunk Plaintiffs' challenge to the "taking" of the land would also necessarily affect the JWV Plaintiffs' challenge to the statute.

For these reasons – and because the relevance issues raised with this Court turn in significant measure on the nature of the claims asserted in the underlying litigation – we suggested that this Court might wish to consider deferring its ruling on the three motions to compel until after Judge Burns resolved the Show Cause issues.

In connection with that suggestion, we now wish to bring to the Court's attention the fact that briefing on the issues raised by the Show Cause Order concludes on July 16, 2007, and, in light of the remaining pre-trial dates set forth in the Scheduling Order, it seems likely that Judge Burns will resolve the Show Cause issues by late July or early August. (The docket for the S.D. California reflects the fact that the JWV Plaintiffs are actively participating in briefing the issues raised by the Show Cause Order.)

>> Respectfully submitted,
>> GERALDINE R. GENNET, General Counsel
>> s/Kerry W. Kircher
>> KERRY W. KIRCHER, Deputy General Counsel
>> CHRISTINE DAVENPORT, Assistant Counsel
>> JOHN FILAMOR, Assistant Counsel
>>
>> Office of General Counsel
>> U.S. House of Representatives
>> 219 Cannon House Office Building
>> Washington, D.C. 20515
>> 202/225-9700 (telephone)
>> E-mail: kerry.kircher@mail.house.gov
>> Counsel for the Three Members

July 10, 2007

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2007, I served the foregoing Praecipe through the electronic case filing system, and by .pdf email on the following:

> Jonathan H Siegelbaum, Esq.
> Wilmer Cutler Pickering Hale and Dorr
> 1875 Pennsylvania N.W.
> Washington, D.C.   20006
> Email: jonathan.siegelbaum@wilmerhale.com
>
> Jennifer Allaire
> U.S. Department of Justice, ENRD
> Natural Resources Section
> 601 D Street, NW
> P.O. Box 663
> Washington, D.C.   20004-0663
> Email: jennifer.allaire@usdoj.gov
>
> Heide Herrmann
> U.S. Department of Justice, ENRD
> Natural Resources Section
> 601 D Street NW
> P.O. Box 663
> Washington, D.C.   20044-0663
> Email: Heide.Herrmann@usdoj.gov

> s/Kerry W. Kircher
> Kerry W. Kircher
> E-mail: kerry.kircher@mail.house.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, THE UNITED STATES OF AMERICA, et al., <br><br> Defendants, <br><br> MOUNT SOLEDAD MEMORIAL ASSOCIATION, Real parties in interest. <br><br>――――――――――――――――――――― <br> JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of Defense, in his official capacity, <br><br> Defendant. | Case No. 06-CV-1597 LAB (WMc) <br> (consolidated with 06cv1728) <br><br> **SCHEDULING ORDER** |

Following the June 11, 2007 status conference, the following revised schedule is hereby established in the above-captioned cases:

| Date | Event |
|---|---|
| July 2, 2007 | Plaintiffs' Order to Show Cause briefs due. (Plaintiffs may file separate briefs, but each brief may be no longer than 15 pages.) |
| July 16, 2007 | Defendants' Order to Show Cause briefs and amicus brief supporting Defendants due. (Defendants may file separate briefs, but each brief may be no longer than 15 pages.  Amicus brief may be no longer than 5 pages.) |

1
2
3
4

| July 23, 2007 | Discovery period ends. |
|---|---|
| August 2, 2007 | Joint statement of agreed facts and disputed facts to be filed. |
| August 23, 2007 | Plaintiffs' motion for summary judgment due. |
| September 20, 2007 | Defendants' opposition to Plaintiffs' motion for summary judgment and Defendants' motion for summary judgment due. |
| October 4, 2007 | Plaintiffs' opposition to Defendants' motion for summary judgment and Plaintiffs' reply in support of motion for summary judgment due. |
| October 18, 2007 | Defendants' reply in support of motion for summary judgment due. |
| November 2, 2007, 9:00 a.m. | Hearing on motions for summary judgment. |

Should an additional status conference, pretrial conference, or trial be necessary, the Court will set those dates at a later time.

**IT IS SO ORDERED**.

DATED June 29, 2007.

*[signature: Larry A. Burns]*

**HON. LARRY ALAN BURNS**
United States District Judge

06-CV-1597 LAB (WMc)