IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of Defense, in His Official Capacity, <br><br> Defendant. | Case No. 1:07-mc-00220 (JB) <br> Case No. 1:07-mc-00221 (JB) <br> Case No. 1:07-mc-00222 (JB) |

**MOTION OF CONGRESSMEN DARRELL E. ISSA, BRIAN P. BILBRAY
AND DUNCAN HUNTER FOR LEAVE TO FILE SURREPLY**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter, respectfully move for leave to file a Surreply – filed simultaneously herewith – to Plaintiffs' Reply Memorandum in Support of Motion to Compel Production of Documents Responsive to Subpoena (filed June 25, 2007) ("Reply"). Pursuant to Local Civil Rule 7(m), we have discussed this matter with counsel for the JWV Plaintiffs who declines to consent to the relief sought herein, and counsel for Secretary Gates who consents.

A proposed order is attached and oral argument on this motion is not requested.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On May 23, 2007, the JWV Plaintiffs moved to compel the production of documents responsive to subpoenas issued to the three Members, and we opposed on June 13, 2007. In their Reply, the JWV Plaintiffs raised for the first time one issue that was not raised in their opening

motion and which we, therefore, did not address in our June 13 Opposition. Specifically, the JWV Plaintiffs asserted for the first time in their Reply that this Court should conduct some sort of document-by-document review of those responsive documents which the three Members assert are privileged under the Speech or Debate Clause. *See* Reply at 21 fn.11. While this new argument is wrong, the issue is important and the argument merits a response from the Members.

Under these circumstances, it is appropriate for the three Members to file a Surreply that addresses this one new issue. *U.S. ex. Rel Pogue v. Diabetes Treatment Centers of America, Inc.*, 238 F. Supp. 2d 270, 276 (D.D.C. 2002) ("A surreply may be filed only by leave of Court, and only to address new matters raised in a reply, to which a party would otherwise be unable to respond."); *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001) ("The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.").[1]

        Respectfully submitted,

        GERALDINE R. GENNET, General Counsel
        s/Kerry W. Kircher
        KERRY W. KIRCHER, Deputy General Counsel
        CHRISTINE DAVENPORT, Assistant Counsel
        JOHN FILAMOR, Assistant Counsel

        Office of General Counsel
        U.S. House of Representatives
        219 Cannon House Office Building
        Washington, D.C. 20515
        202/225-9700 (telephone)
        E-mail: kerry.kircher@mail.house.gov

        Counsel for Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter

July 11, 2007

---

[1] The Reply contains many other flawed arguments, distortions of case law, and mischaracterizations which, because they cannot be fairly be characterized as "new matters," will not be addressed in our Surreply. We will address those issues at oral argument.

**CERTIFICATE OF SERVICE**

I certify that on July 11, 2007, I served the foregoing Motion of Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter for Leave to File Surreply through the electronic case filing system, and by .pdf email on the following:

>Jonathan H Siegelbaum, Esq.
>Wilmer Cutler Pickering Hale and Dorr
>1875 Pennsylvania Ave., N.W.
>Washington, D.C.   20006
>Email: jonathan.siegelbaum@wilmerhale.com

>Jennifer Allaire
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street, NW
>P.O. Box 663
>Washington, D.C.   20004-0663
>Email: jennifer.allaire@usdoj.gov

and by .pdf email on the following:

>Heide Herrmann
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street NW
>P.O. Box 663
>Washington, D.C.   20044-0663
>Email: Heide.Herrmann@usdoj.gov

>>s/Kerry W. Kircher
>>Kerry W. Kircher
>>E-mail: kerry.kircher@mail.house.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE ) | |
| UNITED STATES OF AMERICA, INC., ) | |
| RICHARD A. SMITH, MINA SAGHEB, ) | |
| and JUDITH M. COPELAND, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:07-mc-00220 (JB) |
| v. ) | Case No. 1:07-mc-00221 (JB) |
| ) | Case No. 1:07-mc-00222 (JB) |
| ROBERT M. GATES, ) | |
| Secretary of Defense, in His Official Capacity, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION OF the Motion of Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter for Leave to File Surreply ("Motion"), plaintiffs' opposition, if any, and the entire record herein, it is by the Court this __ day of July 2007 ORDERED that

The Motion is GRANTED. The Clerk shall immediately accept for filing and docket the Surreply of Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter to Plaintiffs' Reply Memorandum in Support of Motion to Compel Production of Documents Responsive to Subpoenas.

_____
Honorable John D. Bates
United States District Judge

Copies to:

Kerry W, Kircher, Deputy General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
E-mail: kerry.kircher@mail.house.gov
**Facsimile: (202) 226-1360**

Jonathan H Siegelbaum, Esq.
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Ave., N.W.
Washington, D.C.   20006
Email: jonathan.siegelbaum@wilmerhale.com

Jennifer Allaire
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street, NW
P.O. Box 663
Washington, D.C.   20004-0663
Email: jennifer.allaire@usdoj.gov

Heide Herrmann
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street NW
P.O. Box 663
Washington, D.C.   20044-0663
Email: Heide.Herrmann@usdoj.gov