IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br>            Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity,<br><br>            Defendant. | Case No. 1:07-mc-00220 (JDB)<br>Case No. 1:07-mc-00221 (JDB)<br>Case No. 1:07-mc-00222 (JDB) |

**PLAINTIFFS' RESPONSE TO PRAECIPE**

As we will address in greater depth at the hearing on Plaintiffs' motion to compel subpoenas, now scheduled for July 31, 2007, there is no merit in the Members' suggestion that ruling be deferred until Judge Burns issues his Order to Show Cause ruling in the underlying case pending in the Southern District of California. The documents sought by Plaintiffs in this proceeding are at least as relevant to Plaintiffs' claim that continued display of the Mt. Soledad Cross is unconstitutional as they are to the claim that the legislation effectuating the taking of the Cross is unconstitutional. Because the continued-display Establishment Clause claim that Plaintiffs are asserting in the underlying litigation is in no way the subject of the additional briefing invited by Judge Burns, there is no conceivable reason why this Court should wait until Judge Burns resolves the Order to Show Cause before issuing a ruling in this matter.

            Respectfully submitted,

            /s/ Jonathan H. Siegelbaum
            _____
            T. Jeremy Gunn (Bar No. 417222)
            Daniel I. Mach (Bar No. 461652)

ACLU PROGRAM ON FREEDOM OF
   RELIGION AND BELIEF
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
915 15th St., N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 675-2330
Facsimile: (202) 546-0738

A. Stephen Hut, Jr. (Bar No. 192856)
Jonathan H. Siegelbaum (Bar No. 474837)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs*

July 12, 2007