UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity.<br><br>    Defendant. | Misc. Nos. 07-220, 07-221, 07-222 (JDB) |

**ORDER**

In light of the motions hearing held on this date and the representations of counsel for the Members, and upon consideration of the entire record herein, it is this 31st day of July, 2007, hereby

**ORDERED** that counsel for the Members shall file with the Court by not later than August 8, 2007, a notice describing with particularity the documents within the Members' possession that are responsive to Requests 1, 2, 4, 6, and 8 of the subpoenas served upon the Members; it is further

**ORDERED** that counsel for the Jewish War Veterans shall file by not later than August 13, 2007, a memorandum (not to exceed seven pages) indicating whether they continue to seek the documents described by the Members and, if so, how the documents are "relevant" to any claims or defenses in the underlying litigation.

    **SO ORDERED**.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Date: July 31, 2007