**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEWISH WAR VETERANS OF THE ) | |
| UNITED STATES OF AMERICA, INC., ) | |
| RICHARD A. SMITH, MINA SAGHEB, ) | |
| and JUDITH M. COPELAND, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:07-mc-00220 (JB) |
| v. ) | Case No. 1:07-mc-00221 (JB) |
| ) | Case No. 1:07-mc-00222 (JB) |
| ROBERT M. GATES, ) | |
| Secretary of Defense, in His Official Capacity, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE DESCRIBING CERTAIN DOCUMENTS IN MEMBERS' POSSESSION**

In response to this Court's July 31, 2007 Order, Congressmen Duncan Hunter, Darrell

Issa and Brian Bilbray respectfully describe below the documents in their possession that are

responsive to specifications 1, 2, 4 and 6 of the subpoenas served upon them.[1]

The three Members continue to assert, for the reasons stated in their Consolidated

Opposition . . . to Plaintiffs' Motion to Compel Production of Documents at 10-18 (June 13,

2007), that the documents identified below are not material or relevant to any of the claims or

defenses in the underlying litigation.

---

[1] At the July 31, 2007 hearing, undersigned counsel represented that he believed there
were documents in the possession of one or more of the three Members that were responsive to
all nine of the specifications in the subpoenas. That appears to be incorrect. In re-reviewing the
Members' documents in response to the Court' July 31 Order, we have determined that there are
no documents in the possession of any of the three Members responsive to Specification 8.

I.     **DOCUMENTS IN CONGRESSMAN HUNTER'S POSSESSION**

    A.     <u>Specification 1</u>

        1.     May 5, 2006 e-mail from Fox News to Hunter staff asking for news about Mt. Soledad issue, and May 9, 2006 e-mail from Hunter staffer to another Hunter staffer forwarding Fox News inquiry

        2.     May 10, 2006 e-mail from Clear Channel to Hunter staff re Hunter letter to President re Mt. Soledad issue

        3.     May 15, 2006 e-mail from House Subcommittee on National Parks staffer to Hunter staffer re Fox News piece on Hunter letter to President

        4.     July 17, 2006 e-mail from Hunter staff to another Hunter staffer re scheduling call-in to Hedgecock show on July 18 re Mt. Soledad

        5.     July 18, 2006 e-mail from Hunter staffer to Hunter staff re time for Hunter call-in to Hedgecock show re Mt. Soledad

        6.     July 27, 2006 e-mail chain between Hunter staffer and reporter re movement of Mt. Soledad legislation, including July 27, 2006 press release from Senator Sessions re Mt. Soledad legislation

    B.     <u>Specification 2</u>

        1.     Aug. 1, 2006 e-mail from City of San Diego staffer to Hunter staffer re possible Hunter attendance at press conference at Mt. Soledad following Senate passage of Mt. Soledad legislation

        2.     Aug. 1, 2006 e-mails from City of San Diego staffer to Hunter staff re Hunter appearance on Hedgecock show, and Aug. 2, 2006 e-mail from City of San Diego staffer to Hunter staff re news coverage of Mayor Sanders and Congressman Bilbray press conference re Mt. Soledad

        3.     May 19, 2006 e-mail from veteran's group attorney to Hunter staffer re staffer participation at press conference re Mt. Soledad Memorial on May 25, 2006

    C.     <u>Specification 4</u>

        1.     March 8, 2005 press release re Hunter and Cunningham letter supporting Mayor Murphy move to transfer Mt. Soledad Memorial to federal government

2.      May 16, 2005 press release re Hunter introduction of H.R. 2229, War Memorial Preservation Act of 2005

3.      June 27, 2006 e-mail from Hunter staffer to another Hunter staffer with draft press release language re Hunter introduction of H.R. 5683

4.      June 27, 2006 press release/statement re Hunter introduction of H.R. 5683, Mt. Soledad Veterans Memorial Preservation Act

5.      July 3, 2006 e-mail from Hunter staffer to another Hunter staffer re Hunter statement re Supreme Court ruling on Mt. Soledad Veterans Memorial, and July 5, 2006 e-mail from one Hunter staffer to another Hunter staffer re statement's making its way into some stories

6.      July 19, 2006 press release/statement re Mt. Soledad legislation passing House

7.      July 19, 2006 e-mail from Hunter staffer to another Hunter staffer forwarding press release language and Statement of Administration Policy

8.      Aug. 1, 2006 e-mail from Hunter staffer to Issa staffer re possibility of joint press statement re Senate passage of Mt. Soledad legislation

9.      Aug. 1, 2006 e-mail from Hunter staffer to another Hunter staff with draft press release language re Mt. Soledad legislation passing Senate

10.     Aug. 1, 2006 press release/statement re Mt. Soledad legislation passing Senate

11.     Undated campaign flier paid for by Committee to Re-Elect Congressman Duncan Hunter including textual reference to passage of legislation to save Mt. Soledad Memorial

12.     Undated campaign flier paid for by Hunter for President, Inc. including picture of Mt. Soledad Memorial and quoting supporter of Hunter's effort to save Mt. Soledad Memorial

13.     Unsigned form letter re Mt. Soledad Memorial, including reference to H.R. 4818 (the 2005 Consolidated Appropriations Act)

14.     Unsigned form letter re Mt. Soledad Memorial, including reference to H.R. 4818

15.     Unsigned form letter re Mt. Soledad Memorial (among other things),

3

including reference to H.R. 4818

16.  Unsigned form letter re Mt. Soledad Memorial (among other things), including reference to H.R. 4818

17.  Unsigned form letter re Mt. Soledad Memorial, including reference to H.R. 4818 and H.R. 2229

18.  Unsigned form letter re Mt. Soledad Memorial, including reference to H.R. 2229 (War Memorial Preservation Act of 2006)

19.  Unsigned form letter re Mt. Soledad Memorial (among other things), including reference to  H.R. 2229

20.  Unsigned form letter re Mt. Soledad Memorial, including references to H.R. 4818, referendum vote to transfer property to National Park Service, and Judge Cowett ruling

21.  Unsigned form letter re Mt. Soledad Memorial, including references to Judge Thompson ruling and Hunter letter to President re eminent domain

22.  Unsigned form letter re Mt. Soledad Memorial (among other things), including references to Judge Thompson ruling and Hunter letter to President re eminent domain

23.  Unsigned form letter re Mt. Soledad Memorial, including references to Judge Thompson ruling, referendum vote to transfer property to federal government, Justice Kennedy stay order, and House passage of H.R. 5683, directed to supporter of legislation

24.  Unsigned form letter re Mt. Soledad Memorial, including references to Judge Thompson ruling, referendum vote to transfer property to federal government, Justice Kennedy stay order, and House passage of H.R. 5683, directed to non-supporter of legislation

25.  Unsigned form letter re Mt. Soledad Memorial (among other things), including references to Judge Thompson ruling, referendum vote to transfer property to federal government, Justice Kennedy stay order, and House passage of H.R. 5683

26.  Unsigned form letter re Mt. Soledad Memorial, including references to Judge Thompson ruling, referendum vote to transfer property to federal government, Justice Kennedy stay order, House and Senate passage of H.R. 5683, and President signing H.R. 5683, directed to non-supporter of

legislation

27.  Unsigned form letter re Mt. Soledad Memorial, including references to Judge Thompson ruling, referendum vote to transfer property to federal government, Justice Kennedy stay order, House and Senate passage of H.R. 5683, and President signing H.R. 5683, directed to supporter of legislation

28.  Unsigned form letter re Mt. Soledad Memorial (among other things), including references to House and Senate passage of H.R. 5683, and President signing H.R. 5683

29.  March 5, 2007 e-mail from Hunter staffer to another Hunter staffer re Hunter speech before veterans group that supported Mt. Soledad legislation

30.  March 24-25, 2005 e-mail chain between Cunningham staffer and Hunter staffer re draft letter encouraging support for referendum campaign

D.  Specification 6

1.  Aug. 24, 2006 e-mail from Mt. Soledad Memorial Association to DoD staffer, and copied to Hunter staffer, re Aug. 15, 2006 meeting involving DoD, Mt. Soledad Memorial Association, Hunter staffer and Bilbray staffer

2.  Aug. 31, 2006 e-mail from Hunter staffer to DoD re possible meeting re Mt. Soledad, and Sept. 1, 2006 e-mail from DoD staffer to Hunter staffer re same

3.  Sept. 12-27, 2006 e-mail chain involving Hunter staffer and DoD staffer re possible meeting re transfer of property to Navy and development of MOU

4.  Sept. 18, 2006 e-mail from Hunter staffer to Armed Services Committee staffer re possible meeting with DoD re transfer of property to Navy and development of MOU

5.  Sept. 28, 2006 e-mail from Hunter staffer to Bilbray staffer re possible meeting with DoD re transfer of property to Navy and development of MOU

6.  Sept. 28, 2006 e-mail from Hunter staffer to Armed Services Committee staffer re possible meeting with DoD re transfer of property to Navy and

development of MOU

7. Oct. 2, 2006 e-mail chain between DoD staffer and Hunter staff re meeting re Mt. Soledad

8. Oct. 11, 2006 e-mail from Hunter staffer to Mt. Soledad Memorial Association re Oct. 2, 2006 meeting between Hunter staffer, Bilbray staffer and DoD re transfer of property to Navy and development of MOU

## II.     DOCUMENTS IN CONGRESSMAN ISSA'S POSSESSION

A.     Specification 1

1. July 8, 2006 email from Issa staffer to Issa re KFMB request for interview re Mt. Soledad

2. May 22, 2006 e-mail from copleydc.com to Issa staffer posing questions re recent developments on Mt. Soledad issue (among other things)

3. May 22, 2006 email from Issa staffer to copleydc.com responding to questions about recent developments on Mt. Soledad issue (among other things)

B.     Specification 4

1. June 26, 2006 e-mail from Hunter staffer to Issa and Bilbray staffers re possibility of joint press release re introduction of Mt. Soledad legislation

2. June 27, 2006 e-mail from Hunter staffer to Issa staffer that includes text of draft Hunter press release re introduction of Mt. Soledad legislation

3. June 27, 2006 e-mail from Issa staffer to Hunter staffer re Issa quote to be included in press release

4. June 27, 2006 email from Hunter staffer to Issa staffer that includes text of Hunter press release re introduction of Mt. Soledad legislation

5. July 19, 2006 press release re House passage of Mt. Soledad legislation

6. Aug. 1, 2006 e-mail from Hunter staffer to Issa and Bilbray staffers re possibility of joint press statement if Senate passes Mt. Soledad legislation

7. Aug. 1, 2006 e-mail from Hunter staffer to Issa staffer re possibility of joint press statement re Senate passage of Mt. Soledad legislation

8.      Aug. 1, 2006 e-mail from Issa staffer to Issa re quote for joint press statement re Senate passage of Mt. Soledad legislation, and Aug. 1, 2006 e-mail from Issa staffer to Hunter staffer re same

9.      Aug. 1, 2006 e-mail from Hunter staffer to Issa staffer that includes press release from Hunter re Senate passage of Mt. Soledad legislation

10.     June 29, 2006 e-mail from Issa staffer to another Issa staffer re draft form letter re introduction of Mt. Soledad legislation

11.     July 18, 2006 e-mail from Issa staffer to another Issa staffer re draft form letter re introduction of Mt. Soledad legislation

12.     Dec. 20, 2004 e-mail from Hunter staffer to printers re draft newsletter that  includes text discussing designation of Mt. Soledad at National Veterans Memorial

13.     Dec. 22, 2004 e-mail from Hunter staffer to printers re identification of photo of Mt. Soledad in newsletter

14.     Dec. 22, 2004 e-mail from Hunter staffer to another Hunter staffer re cropping photo of Mt. Soledad in newsletter

15.     Dec. 23, 2004 e-mail from Hunter to printers re cropping photo of Mt. Soledad in newsletter

16.     Aug. 3, 2006 e-mail from Hunter staffer to another Hunter staffer re draft newsletter that includes text discussing Memorial itself, the litigation and passage of Mt. Soledad legislation

17.     Aug. 3, 2006 e-mail from Hunter staffer to printers re draft newsletter that includes text discussing Memorial itself, the litigation and passage of Mt. Soledad legislation

18.     Aug. 2006 newsletter that includes text discussing the Memorial itself, the litigation and passage of Mt. Soledad legislation

19.     Jan. 2005 newsletter that includes text discussing designation of Mt. Soledad at National Veterans Memorial

## III.    DOCUMENTS IN CONGRESSMAN BILBRAY'S POSSESSION

A.      Specification 1

7

1.      Aug. 11, 2006 Congressional Daily press clip re Mt. Soledad legislation, including quote from Bilbray

2.      Aug. 2, 2006 KPBS press clip re Senate passage of Mt. Soledad legislation, including quote from Bilbray

3.      NBC Sandiego.com press clip re President's signing of Mt. Soledad legislation, including quotes from Bilbray and Hunter

4.      Fox News.com press clip re President's signing of Mt. Soledad legislation, including quotes from Bilbray and Hunter

5.      NC Times.com press clip re President's signing of Mt. Soledad legislation, including quotes from Bilbray and Hunter

6.      NC Times.com press clip re President's signing of Mt. Soledad legislation, including quotes from Bilbray and Hunter

7.      Aug. 14, 2006 KPBS press clip re President's signing of Mt. Soledad legislation, including quote from Bilbray

8.      Nov. 9, 2006 La Jolla Village News press clip re meetings between Navy and Mt. Soledad Memorial Association, including quote from Bilbray

9.      Aug. 15, 2006 LAtimes.com press clip re President's signing of Mt. Soledad legislation, including quotes from Bilbray and Hunter

B.    Specification 2

1.      Aug. 1, 2006 email from Bilbray staffer to Bilbray staff re Bilbray press conference with San Diego Mayor Sanders at Mt. Soledad following Senate passage of Mt. Soledad legislation

2.      Aug. 2, 2006 e-mail from campaign staffer to Bilbray staff re newspaper and television coverage of Bilbray and San Diego Mayor Sanders re Mt. Soledad issue

3.      Aug. 11, 2006 press memorandum authored by Bilbray staffer re Mt. Soledad legislation White House bill-signing ceremony and press availability following signing

C.    Specification 4

1.      Aug, 30, 2006 e-mail from Bilbray staffer to Bilbray staff re Bilbray's

Sept.-Nov. 2006 schedule, including reference to Oct. 9, 2006 event at which Bilbray would speak on "any updates" on Mt. Soledad (among many other things)

2.    Undated set of proposed talking points for event described in C.1.; includes reference to President's signing of Mt. Soledad legislation and Navy management of Memorial

3.    Undated campaign flier paid for by Brian Bilbray for Congress that includes picture of Mt. Soledad and text reference to Bilbray's effort to save Mt. Soledad Veteran's War Memorial

4.    Aug. 24-28, 2006 e-mail chain among Bilbray staffers, and between Bilbray staffers and interest group, re possible Bilbray appearance before group at Oct. 9, 2006 event at which Bilbray might speak about DoD management of Mt. Soledad Memorial

5.    Oct. 6, 2006 e-mail from Bilbray staffer to Bilbray staffer re Bilbray appearance before interest group; includes reference to Bilbray talking about Mt. Soledad

6.    Aug. 7-16, 2006 e-mail chain between Bilbray staffer and professional organization re possible Bilbray appearance before organization in Feb. 2007 at which time Bilbray might speak about Mt. Soledad (among other things)

7.    Aug. 1, 2006 e-mail from Hunter staffer to Bilbray staffer and Issa staffer re Bilbray's and Issa's interest in contributing quote to press release following passage of Mt. Soledad legislation

8.    Unsigned form letter re Mt. Soledad Veterans War Memorial and passage of Mt. Soledad legislation; directed to non-supporter of legislation

9.    Unsigned form letter re Mt. Soledad Veterans War Memorial and passage of Mt. Soledad legislation; directed to supporter of legislation

10.    Summer 2006 constituent newsletter that discusses H.R. 5683, among other things

11.    Aug. 1, 2006 e-mail from Hunter staffer that includes text of Hunter, Issa and Bilbray press release re Senate passage of Mt. Soledad legislation

12.    June 29, 2006 Bilbray press release re Justice Kennedy ruling re Mt. Soledad

9

13.     July 19, 2006 Bilbray press release re House passage of Mt. Soledad legislation

14.     Undated draft op/ed piece by Bilbray entitled "Mt. Soledad Veterans War Memorial Protection Act."

15.     July 25, 2006 media brief to La Jolla Village News re House passage of Mt. Soledad legislation

16.     Event brief prepared by Bilbray staffer for Bilbray re Aug. 16, 2006 speaking engagement before professional organization; includes talking points about Mt. Soledad legislation (among other things)

17.     July 19, 2006 talking points re H.R. 5683

D.     <u>Specification 6</u>

1.     Aug, 14, 2006 e-mail from Bilbray staffer to DoD staffer re possible meeting to discuss management of Mt. Soledad Memorial

2.     Oct. 11, 2006 e-mail from Hunter staffer to Mt. Soledad Memorial Association re Oct. 2, 2006 meeting with DoD re implementation of Mt. Soledad legislation

*     *     *

10

We note for the record that some of the documents described above also include some information – not identified above – that is responsive to Specifications 3, 5, 7 or 9 of the subpoenas and privileged under the Speech or Debate Clause of the Constitution.

Respectfully submitted,

GERALDINE R. GENNET, DC Bar #213439
General Counsel
s/Kerry W. Kircher
KERRY W. KIRCHER, DC Bar #386816
Deputy General Counsel
CHRISTINE DAVENPORT
Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
202/225-9700 (telephone)
202/226-1360 (fax)
E-mail: kerry.kircher@mail.house.gov

Counsel for Congressmen Darrell E. Issa, Brian P. Bilbray and Duncan Hunter

August 8, 2007

**CERTIFICATE OF SERVICE**

I certify that on August 8, 2007, I served the foregoing Notice Describing Certain

Documents in Members' Possession through the electronic case filing system, and by .pdf email

on the following:

>Jonathan H Siegelbaum, Esq.
>Wilmer Cutler Pickering Hale and Dorr
>1875 Pennsylvania Ave., NW
>Washington, D.C.   20006
>Email: jonathan.siegelbaum@wilmerhale.com
>
>Ryan Nelson, Esq.
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street, NW
>P.O. Box 663
>Washington, D.C.   20004-0663
>Email: Ryan.Nelson@usdoj.gov
>
>Heide Herrmann, Esq.
>U.S. Department of Justice, ENRD
>Natural Resources Section
>601 D Street, NW
>P.O. Box 663
>Washington, D.C.   20044-0663
>Email: Heide.Herrmann@usdoj.gov

>s/Kerry W. Kircher
>Kerry W. Kircher
>E-mail: kerry.kircher@mail.house.gov