**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., et al., | |
| **Plaintiffs,** | |
| **v.** | Misc. Nos.  07-220, 07-221, 07-222 (JDB) |
| ROBERT M. GATES, Secretary of Defense, in his official capacity. | |
| **Defendant.** | |

**ORDER**

Upon consideration of [1] Jewish War Veterans of the United States of America, Inc.'s motions to compel in each of these consolidated cases; [17] the motion by Congressmen Darrell Issa, Brian Bilbray, and Duncan Hunter for leave to file a surreply; the oppositions and replies thereto; the arguments at the motions hearing held on July 31, 2007; the post-hearing submissions; and for the reasons stated in the Memorandum Opinion issued on this date, it is this 18th day of September, 2007, hereby

ORDERED that [1] Jewish War Veterans of the United States of America, Inc.'s motions to compel are **GRANTED IN PART** and **DENIED IN PART**; it is further

ORDERED that Congressmen Hunter, Issa, and Bilbray shall produce as soon as is practicable all documents responsive to specifications 1, 2, 4 and 6 in the subpoenas served upon them by Jewish War Veterans of the United States of America, Inc.; it is further

ORDERED that Congressmen Issa, Bilbray, and Hunter shall produce as soon as is practicable all documents responsive to specifications 3, 5, 7 and 9 that are not protected by the Speech or Debate Clause as that Clause has been construed in the Memorandum Opinion issued

1

on this date; it is further

 **ORDERED** that the Members shall file a Status Report by not later than October 4, 2007

indicating whether responsive documents continue to be withheld on the basis of the Speech or

Debate Clause and, if so, to which specifications those documents are responsive; it is further

 **ORDERED** that Jewish War Veterans of the United States of America, Inc. shall file any

response to that Status Report by 5:00 p.m. on October 9, 2007; it is further

 **ORDERED** that a Status Conference will be held on October 11, 2007 at 9:00 a.m. to

determine the course of further proceedings, if any, in this matter; and it is further

 **ORDERED** that [17] the motion by Congressmen Darrell Issa, Brian Bilbray, and

Duncan Hunter for leave to file a surreply is **GRANTED**, and the surreply attached to their

motion will be docketed forthwith.

 **SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: September 18, 2007