IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br>  Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity,<br><br>  Defendant. | Misc. Nos. 07-220, 07-221, 07-222<br>(JDB) |

**WITHDRAWAL OF COUNSEL**

Pursuant to CivLR 83.6(b), Jonathan Siegelbaum hereby withdraws as one of Plaintiffs' attorneys in the above-captioned case.

DATED: October ___, 2007


WITHDRAWING ATTORNEY:


  /s/ Jonathan H. Siegelbaum
Jonathan Siegelbaum (D.C. Bar No. 474837)
WILMER CUTLER PICKERING
    HALE AND DORR LLP


WITHDRAWAL ACCEPTED          WITHDRAWAL ACCEPTED

WITHDRAWAL ACCEPTED

WITHDRAWAL ACCEPTED

_____
Lawrence Schulman
National Commander, Jewish War Veterans
of the United States of America, Inc., on
behalf of Jewish War Veterans of the
United States of America, Inc.

*Richard Smith*
Richard Smith

WITHDRAWAL ACCEPTED

WITHDRAWAL ACCEPTED

*M. Sagheb*
Mina Sagheb

_____
Judith M. Copeland

APPROVED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

USIDOCS 6394946v1

WITHDRAWAL ACCEPTED

WITHDRAWAL ACCEPTED

_____
Lawrence Schulman
National Commander, Jewish War Veterans
 of the United States of America, Inc., on
 behalf of Jewish War Veterans of the
 United States of America, Inc.

_____
Richard Smith

WITHDRAWAL ACCEPTED

WITHDRAWAL ACCEPTED

_____
Mina Sagheb

_____
Judith M. Copeland

APPROVED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

USIDOCS 6394946v1

WITHDRAWAL ACCEPTED

*Lawrence Schulman* (signature)

_____
Lawrence Schulman
National Commander, Jewish War Veterans
   of the United States of America, Inc., on
   behalf of Jewish War Veterans of the
   United States of America, Inc.

WITHDRAWAL ACCEPTED

_____
Richard Smith

WITHDRAWAL ACCEPTED

_____
Mina Sagheb

WITHDRAWAL ACCEPTED

_____
Judith M. Copeland

APPROVED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document this date served upon the following by first class mail, postage prepaid:

Kerry W. Kircher
Deputy General Counsel
Office of the General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515

James McElroy, Esq.
625 Broadway, Suite 1400
San Diego, CA 92101

Heide L. Herrmann, Esq.
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663

George Schaefer, Esq.
Office of the City Attorney
1200 Third Avenue, Suite 700
San Diego, CA 92101

Charles V. Berwanger, Esq.
Gordon and Rees
101 W. Broadway, Suite 2000
San Diego, CA 92101

Dated October 11, 2007 at Washington, DC

  /s/ Jonathan H. Siegelbaum
Jonathan H. Siegelbaum (D.C. Bar No. 474837)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363