# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5335**                   **September Term, 2007**

07ms00220
07ms00221
07ms00222

**Filed On:**

Jewish War Veterans of the United States of America, Inc., et al.,
    Appellees

v.

Robert M. Gates, Secretary of Defense, in his Official Capacity,
    Appellee

Darrell E. Issa, U.S. Representative, et al.,
    Appellants



Consolidated with 07-5336, 07-5337

**BEFORE:**    Rogers and Garland, Circuit Judges

### ORDER

Upon consideration of the motion of appellants Duncan Hunter, Darrell E. Issa, and Brian P. Bilbray for stay pending appeal, it is

**ORDERED** that the district court's order filed September 18, 2007, be stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the merits of the motion for stay and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 32 (2007). It is

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5335**                    **September Term, 2007**

**FURTHER ORDERED**, on the court's own motion, that appellees hand-deliver and hand-file a response to the motion by 4:00 p.m., Friday, November 30, 2007, and that appellant hand-deliver and hand-filed any reply by 4:00 p.m., Monday, December 3, 2007.

<u>**Per Curiam**</u>