**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES, Secretary of Defense, in His Official Capacity,<br><br>Defendant. | )<br>)<br>)<br>)  Case No. 1:07-mc-00220 (JB)<br>)  Case No. 1:07-mc-00221 (JB)<br>)  Case No. 1:07-mc-00222 (JB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT**

Pursuant to the Court's January 8, 2008 Minute Order, Congressmen Duncan Hunter, Darrell E. Issa and Brian P. Bilbray respectfully advise the Court that they have produced to counsel for both plaintiffs and defendant the documents required by this Court's November 8, 2007 Order to be produced. The attached transmittal letters detail the numbers of documents produced and the dates of production.

Respectfully submitted,

IRVIN B. NATHAN, DC Bar # 90449
General Counsel
s/Kerry W. Kircher
KERRY W. KIRCHER, DC Bar #386816
Deputy General Counsel
CHRISTINE DAVENPORT
Assistant Counsel
JOHN FILAMOR, DC Bar #476240
Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
202/225-9700 (telephone)
E-mail: kerry.kircher@mail.house.gov

Counsel for Congressmen Duncan Hunter, Darrell
E. Issa and Brian P. Bilbray

January 16, 2008

## CERTIFICATE OF SERVICE

I certify that on January 16, 2008, I served the foregoing Status Report through the

electronic case filing system, and by .pdf email on the following:

Ryan Phair, Esq.
Adam Raviv, Esq.
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, NW
Washington, D.C.   20006
Email: ryan.phair@wilmerhale.com
Email: adam.raviv@wilmerhale.com

Ryan Nelson
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street, NW
P.O. Box 663
Washington, D.C.   20004-0663
Email: ryan.nelson@usdoj.gov

Heide Herrmann
U.S. Department of Justice, ENRD
Natural Resources Section
601 D Street NW
P.O. Box 663
Washington, D.C.   20044-0663
Email: Heide.Herrmann@usdoj.gov

s/Kerry W. Kircher
Kerry W. Kircher
E-mail: kerry.kircher@mail.house.gov

IRVIN B. NATHAN
GENERAL COUNSEL

KERRY W. KIRCHER
DEPUTY GENERAL COUNSEL

DAVID PLOTINSKY
ASSISTANT COUNSEL

CHRISTINE DAVENPORT
ASSISTANT COUNSEL

JOHN D. FILAMOR
ASSISTANT COUNSEL

U.S. HOUSE OF REPRESENTATIVES
OFFICE OF THE GENERAL COUNSEL
219 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6532
(202) 225–9700
FAX: (202) 226–1360

January 4, 2008

**BY FIRST-CLASS MAIL**

Adam Raviv, Esq.
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Re:    *Jewish War Veterans v. Gates*, No. 07-mc-220, 221, 222 (JB)

Dear Adam:

Enclosed are documents, bates numbered DH 001 through DH 081, identified in the section entitled "Documents in Congressman Hunter's Possession" in the Notice Describing Certain Documents in Members' Possession (Aug. 8, 2007).

Thanks for your attention.

Sincerely,

Kerry W. Kircher

Enclosures

cc:    Honorable Duncan Hunter
       Ryan Nelson, Esq.

IRVIN B. NATHAN
GENERAL COUNSEL

KERRY W. KIRCHER
DEPUTY GENERAL COUNSEL

DAVID PLOTINSKY
ASSISTANT COUNSEL

CHRISTINE DAVENPORT
ASSISTANT COUNSEL

JOHN D. FILAMOR
ASSISTANT COUNSEL

U.S. HOUSE OF REPRESENTATIVES
OFFICE OF THE GENERAL COUNSEL
219 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6532
(202) 225–9700
FAX: (202) 226–1360

January 10, 2008

**BY FIRST-CLASS MAIL**

Adam Raviv, Esq.
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

  Re: *Jewish War Veterans v. Gates*, No. 07-mc-220, 221, 222 (JB)

Dear Adam:

  Enclosed are documents, bates numbered DI 001 through DI 061, identified in the section entitled "Documents in Congressman Issa's Possession" in the Notice Describing Certain Documents in Members' Possession (Aug. 8, 2007). We have redacted information that is unresponsive to your subpoena and, in one instance, information (document DI 004) that is Speech or Debate protected.

  Also, I neglected to mention in my January 4, 2008 transmittal letter that we redacted information from document DH 061 that is Speech or Debate protected. I apologize for the oversight.

  Thanks for your attention.

      Sincerely,

      Kerry W. Kircher

Enclosures

cc: Honorable Darrell E. Issa
   Ryan Nelson, Esq.

IRVIN B. NATHAN
GENERAL COUNSEL

KERRY W. KIRCHER
DEPUTY GENERAL COUNSEL

DAVID PLOTINSKY
ASSISTANT COUNSEL

CHRISTINE DAVENPORT
ASSISTANT COUNSEL

JOHN D. FILAMOR
ASSISTANT COUNSEL

## U.S. HOUSE OF REPRESENTATIVES
### OFFICE OF THE GENERAL COUNSEL
219 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6532
(202) 225–9700
FAX: (202) 226–1360

January 11, 2008

**BY FIRST-CLASS MAIL**

Adam Raviv, Esq.
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Re:    *Jewish War Veterans v. Gates*, No. 07-mc-220, 221, 222 (JB)

Dear Adam:

Enclosed are documents, bates numbered BB 001 through BB 064, identified in the section entitled "Documents in Congressman Bilbray's Possession" in the Notice Describing Certain Documents in Members' Possession (Aug. 8, 2007). We have redacted information that is unresponsive to your subpoena.

In addition, I include one other non-privileged Hunter document, bates numbered DH 082-83, that is responsive to specification 7 of your subpoena.

Thanks for your attention.

Sincerely,

Kerry W. Kircher

Enclosures

cc:    Honorable Brian Bilbray
       Ryan Nelson, Esq.

DOCS# 15217

IRVIN B. NATHAN
GENERAL COUNSEL

KERRY W. KIRCHER
DEPUTY GENERAL COUNSEL

DAVID PLOTINSKY
ASSISTANT COUNSEL

CHRISTINE DAVENPORT
ASSISTANT COUNSEL

JOHN D. FILAMOR
ASSISTANT COUNSEL

## U.S. HOUSE OF REPRESENTATIVES
### OFFICE OF THE GENERAL COUNSEL
219 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6532
(202) 225–9700
FAX: (202) 226–1360

January 15, 2008

**BY FIRST-CLASS MAIL**

Adam Raviv, Esq.
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

    **Re:**   *Jewish War Veterans v. Gates*, **No. 07-mc-220, 221, 222 (JB)**

Dear Adam:

I enclose the following additional documents which are arguably responsive to your document subpoenas and not privileged:

- Congressman Hunter - DH 084 through DH 141;

- Congressman Issa - DI 062 through DI 085;

- Congressman Bilbray - BB 065 through BB 088.

We have redacted information that is unresponsive to your subpoena from one Issa document (document DI 065).

Thanks for your attention.

Sincerely,

Kerry W. Kircher

Enclosures

cc:    Honorable Duncan Hunter
       Honorable Darrell E. Issa
       Honorable Brian P. Bilbray
       Ryan Nelson, Esq.

DOCS# 16431