IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>                                 Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity,<br><br>                                 Defendant. | Case No. 1:07-mc-00220 (JDB)<br>Case No. 1:07-mc-00221 (JDB)<br>Case No. 1:07-mc-00222 (JDB) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Plaintiffs Jewish War Veterans of the United States of America, Inc., Richard A. Smith, Mina Sagheb, and Judith M. Copeland (collectively, "Plaintiffs"), by their undersigned counsel, hereby move for the admission *pro hac vice* of Adam Raviv. As grounds therefor, Plaintiffs state as follows:

1.   Adam Raviv is an Associate at Wilmer, Cutler, Pickering, Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006.

2.   In accordance with Local Rule 83.2(d), Plaintiffs submit herewith the Declaration of Adam Raviv.

3.   Mr. Raviv has applied for membership in the bar of this Court, and that application is pending.

WHEREFORE, Plaintiffs, by their undersigned counsel, respectfully request that Adam Raviv be admitted to practice before this Court for all purposes in connection with the

representation of the Plaintiffs in this proceeding. A proposed order is attached for the Court's convenience.

Dated: July 25, 2008                                Respectfully submitted,

                                                    /s/ Ryan P. Phair
                                                    Ryan P. Phair (DC Bar. No. 479050)
                                                    WILMER CUTLER PICKERING HALE AND DORR LLP
                                                    1875 Pennsylvania Avenue, NW
                                                    Washington, DC 20006
                                                    (202) 663-6000

                                                    *Attorney for Plaintiffs Jewish War Veterans of the
                                                    United States of America, Inc., David A. Smith,
                                                    Mina Sagheb, and Judith M. Coleman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2008, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords. The foregoing was also served on counsel lacking a CM/ECF password via the methods indicated below.

/s/ Ryan P. Phair
Ryan P. Phair

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br>      Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity,<br><br>      Defendant. | Case No. 1:07-mc-00220 (JDB)<br>Case No. 1:07-mc-00221 (JDB)<br>Case No. 1:07-mc-00222 (JDB) |

## ORDER ADMITTING ADAM RAVIV *PRO HAC VICE*

The Court hereby **GRANTS** Plaintiffs' motion to admit Adam Raviv to practice *pro hac vice* in this matter.

It is so ORDERED on this _____ day of _____, 2008.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br>        Plaintiffs,<br><br>v.<br><br>ROBERT M. GATES,<br>Secretary of Defense, in his official capacity,<br><br>        Defendant. | Case No. 1:07-mc-00220 (JDB)<br>Case No. 1:07-mc-00221 (JDB)<br>Case No. 1:07-mc-00222 (JDB) |

## **DECLARATION OF ADAM RAVIV**

I, Adam Raviv, declare pursuant to 28 U.S.C. § 1746 and Local Rule 83.2(d):

1. I am an Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, counsel for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' July 25, 2008 Motion pursuant to Local Rule 83.2(d) for my *pro hac vice* admission to the bar of this Court.

2. My full name is Adam Michael Raviv.

3. My office address is 1875 Pennsylvania Avenue, NW, Washington, DC 20006. My office telephone is (202) 663-6000.

4. I am admitted to the District of Columbia bar (Bar No. 496289) and the New York bar (Bar No. 660552) and I am a member in good standing of these bars.

5. I also have been admitted to the United States Court of Appeals for the Ninth Circuit (admitted September 9, 2005).

6. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

7. I have not been admitted *pro hac vice* to this Court in the previous two years.

8. I have applied for membership in the District of Columbia bar, and that application is currently pending.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed at 1875 Pennsylvania Avenue, NW, Washington, DC 20006 on July 25, 2008.

_____
Adam Raviv
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000