IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br>  Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary of Defense, in his official capacity, <br><br> Defendant. | Misc. Nos. 07-220, 07-221, 07-222 (JDB) |

## PLAINTIFFS' PRAECIPE

The purpose of this praecipe is to advise this Court that Plaintiffs here no longer seek production of the documents so far withheld by Congressmen Hunter, Issa, and Bilbray in connection with the ongoing action *Jewish War Veterans of the United States of America, Inc., et al. v. Gates*, in the United States District Court for the Southern District of California (Case No. 06-CV-1597 LAB, which was consolidated with 06-CV-1728) (even in the face of this Court's September 18, 2007 discovery order and the D.C. Circuit's dismissal of the Members' appeal of that order). One or more plaintiffs contemplate filing a notice of appeal to the Ninth Circuit promptly, and in all events do not any longer intend to seek reconsideration of the California District Court's order granting the government's motion for summary judgment and denying Plaintiffs' motion for summary judgment.

Respectfully submitted,

____/s/ Ryan Phair_____
A. Stephen Hut, Jr. (Bar No. 192856)
Ryan Phair (Bar No. 479050)
Adam Raviv (Bar No. 496289)
WILMER CUTLER PICKERING HALE &
   DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.   20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Plaintiffs Jewish War Veterans of the United States of America, Inc., David A. Smith, Mina Sagheb, and Judith M. Coleman

August 20, 2008